**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Raymond Junmok Kim, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Radius Global Solutions, LLC,

                Defendant.

**FILED**
**CLERK**
6/30/2020 12:49 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Case No: 2:20-cv-01239-JMA-AKT

Case closed.
SO ORDERED.
/s/ JMA, USDJ
6/30/2020

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 29, 2020

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Aaron Easley | By: /s Craig B. Sanders |
| Aaron Easley, Esq. | Craig B. Sanders |
| 3 Cross Creek Drive, | 100 Garden City Plaza, Suite 500 |
| Flemington, New Jersey 08822 | Garden City, New York 11530 |
| Tel: (908) 237-1660 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 117579 |
| | *Attorneys for Plaintiff* |